UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:25-mj-00250 |
| v. | ) |
| | ) U.S. Magistrate Judge Steger |
| ROBERT MILLER | ) |

## MEMORANDUM AND ORDER

ROBERT MILLER ("Defendant") came before the Court for an initial appearance on September 15, 2025, in accordance with Rule 5 of the Federal Rules of Criminal Procedure on the Criminal Complaint ("Complaint") supported by an Affidavit [Doc. 1].

After being sworn in due form of law, Defendant was informed of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wanted to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court **APPOINTED** Attorney Michael Henry to represent Defendant.

Defendant was furnished with a copy of the Complaint and the Affidavit, and had an opportunity to review those documents with his attorney. The Court determined that Defendant was able to read and understand the Complaint with the assistance of his counsel. In addition, AUSA James Brooks explained to Defendant the specific charges contained in the Complaint. Defendant acknowledged that he understood the charges in the Complaint.

The Government moved Defendant be detained pending disposition of the Complaint or further Order of this Court. The Court explained Defendant's right to a preliminary hearing and detention hearing and what those hearings entail. Defendant conferred with his counsel and waived the preliminary hearing[1] and the detention hearing. The Court tentatively scheduled Defendant's initial appearance/arraignment on the indictment on **September 24, 2025, at 10:00 a.m.**

---

[1] Defendant reserved the right to request a preliminary hearing if he is not indicted within 14 days following the initial appearance.

It is, therefore, **ORDERED** that:

1. Defendant shall be **DETAINED WITHOUT BAIL** pending disposition of the Complaint or further order of this Court.

2. The undersigned shall conduct an initial appearance on **September 24, 2025, at 10:00 a.m.**, subject to the caveat that this hearing may be rescheduled if the indictment is assigned to United States Magistrate Michael Dumitru following indictment.

3. The United States Marshals Service shall transport Defendant from the jail to the United Stated District Courthouse on **September 24, 2025, at 10:00 a.m.** for his initial appearance on the indictment.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE